In the Matter of the Probate of the Will of Louis Cohen, Deceased.

Isidore Cohen et al., Appellants; Herman Cohen et al., Respondents.

Argued May 16, 1938; decided May 31, 1938.

*Joseph Burger* and *Jack E. Levine* for Sidney Cohen, appellant.

*Victor Whitehorn* and *Jules Whitehorn* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ. Dissenting: HUBBS and FINCH, JJ. Taking no part: CRANE, Ch. J.